1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22CR0614-WQH |
|---|---|
| Plaintiff, | ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |
| v. | |
| ALAN LOMELI-LUNA, | |
| Defendant. | |

Upon joint motion of the parties and good cause appearing,

IT IS ORDERED that joint motion is granted (ECF No. 33), and the sentencing hearing for Alan Lomeli-Luna is continued from October 30, 2024, to **February 26, 2025, at 9:00 am**.

Dated:  October 22, 2024

Hon. William Q. Hayes
United States District Court