# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALAN LOMELI-LUNA,<br><br>Defendant. | Case No.: 22CR614-WQH<br><br>**ORDER CONTINUING SENTENCING** |

Upon application of the UNITED STATES OF AMERICA, and good cause appearing, IT IS ORDERED that the Motion to Continue is granted. (ECF No. 39.) The Sentencing Hearings for Alan Lomeli-Luna currently scheduled for 9 am on July 11, 2025 has been CONTINUED to **9 a.m. to August 13, 2025**.

DATED:   6/5/25

HONORABLE WILLIAM Q. HAYES
U.S. District Court Judge